```
KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
   10th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7017
   Fax:        (415) 436-6748
```

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br><br>Plaintiff,<br><br>v.<br><br>DENISE L. MOORE,<br><br>Defendant. | Case No. C-04-5096-CW<br><br>APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER |

The Amended Complaint in this case was filed February 17, 2005 and served on the defendant Denise Moore. The Amended Complaint seeks a judgment against the defendant for an erroneous credit given the defendant by the IRS on December 2, 2002. The defendant has not filed an answer or otherwise responded to the Amended Complaint. We filed a motion for default judgment which is set to be heard on August 12, 2005. A Case Management Conference is scheduled for July 15, 2005. We request the Court to continue the Case Management Conference to August 12, 2005 when the motion for default judgment is heard.

Dated:

KEVIN V. RYAN
United States Attorney

JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

### ORDER

Upon Application of the United States, the Case Management Conference is ~~continued to August 12, 2005 at 10:00 a.m.~~ vacated.

7/7/05

/s/ CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_x___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **CERTIFIED MAIL**

_____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

DENISE L. MOORE
216 MILLER AVE., #7
MILL VALLEY, CA 94941

DON PAUL BADGLEY
BADGLEY-MULLINS LAW GROUP
1201 3RD AVE., #5100
SEATTLE, WA 98101

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 5, 2005** at San Francisco, California.

**KATHY P. TAT**
**Legal Assistant**