

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br><br>        Plaintiff,<br><br>v.<br><br>DENISE L. MOORE,<br><br>        Defendant. | Case No. C-04-5096-CW (JCS)<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT**<br><br>DATE: 9/23/05<br>TIME: 1:30 P.M. |

On September 19, 2005 the parties filed a Stipulated Judgment. Accordingly, the motion for default judgment scheduled for hearing on September 23, 2005 is moot and therefore withdrawn.

KEVIN V. RYAN
United States Attorney

JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

**SO ORDERED**

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE